**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETHELYN HOLMES,** ) | Case No. 3:11-cv-01942-IEG-CAB |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **APELLES, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Motion and Order for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 25th day of October, 2011.

                        By: s/Todd M. Friedman
                            TODD M. FRIEDMAN
                            Law Offices of Todd M. Friedman, P.C.
                            Attorney for Plaintiff

Filed electronically on this 25th day of October, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Irma E. Gonzalez
United States District Court
Southern District of California

Notification sent electronically via U.S. Mail to:

Susan Germaise
MCGUIRE WOODS , LLP
1800 Century Park East
8th Floor
Los Angeles CA 90067

This 25th day of October, 2011.

s/Todd M. Friedman
Todd M. Friedman