Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETHELYN HOLMES,** | ) Case No. 3:11-cv-01942-IEG-CAB |
| Plaintiff, | ) **JOINT MOTION TO DISMISS** |
| vs. | ) **WITH PREJUDICE** |
| **APELLES, LLC,** | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 3rd day of November, 2011

By: s/Todd M. Friedman
   Law Offices of Todd M. Friedman, P.C.
   Attorney for Plaintiff

By: s/Susan Germaise
   Mcguirewoods LLP
   Attorney for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Susan Germaise, counsel for Defendant, Apelles, LLC, and that I have obtained Ms. Germaise's authorization to affix her electronic signature to this document.

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 3rd day of November, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Susan Germaise
MCGUIRE WOODS , LLP
1800 Century Park East
8th Floor
Los Angeles CA 90067

This 3rd day of November, 2011.

s/Todd M. Friedman
Todd M. Friedman