# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ETHELYN HOLMES,** | ) Case No. 3:11-cv-01942-IEG-CAB |
| Plaintiff, | ) **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [Doc. No. 12].** |
| vs. | ) |
| **APELLES, LLC,** | ) |
| Defendant. | ) |

   Having considered the parties' joint motion to dismiss this case with prejudice, the Court **GRANTS** the joint motion. The entire case is dismissed with prejudice. Each party shall bear its own costs and expenses.
   **IT IS SO ORDERED.**

**Dated: November 4, 2011**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**